Becki F. Kieffer (Bar No. 197773)
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 622-2739
Email: becki.kieffer@troutmansanders.com

*Attorneys for Defendant*
*Continental Casualty Company*

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware
12/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. C 10-05238 JW<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANT CONTINENTAL CASUALTY COMPANY TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Thomas Dillon and Defendant Continental Casualty Company hereby stipulate that Continental Casualty Company may have an extension of time up to and including January 26, 2011, within which to respond to the Complaint filed November 18, 2010 [Doc. No. 1.]. No previous extensions have been granted. This extension will not alter the date of any event or any deadline already fixed by Court order.

1  Dated: December 27, 2010                TROUTMAN SANDERS LLP

                                           By: /s/ Becki F. Kieffer
                                               Becki F. Kieffer

                                           *Attorneys for Defendant*
                                           *Continental Casualty Company*

   Dated December 23, 2010                 HOLLISTER & BRACE


                                           By: /s/
                                               Robert L. Brace
                                               Michael P. Denver
                                               Peter L. Candy

                                           *Attorneys for Plaintiff Thomas Dillon*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1059990v1                         - 2 -                STIPULATION FOR FIRST EXTENSION OF
                                                       TIME TO RESPOND TO COMPLAINT