Becki F. Kieffer (Bar No. 197773)
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 622-2739
Email: becki.kieffer@troutmansanders.com

*Attorneys for Defendant*
*Continental Casualty Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. C 10-05238 JW<br><br>[PROPOSED] ORDER RE: DEADLINE TO HOLD ADR SESSION THIRTY (30) DAYS FROM CLOSE OF FACT DISCOVERY |

Upon consideration of the parties' stipulation, the Court orders as follows:

1. The Parties shall participate in private mediation with a mediator mutually agreeable to the parties;

2. The mediation will take place no later than 30 days from the close of fact discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 5, 2011

_____
Hon. James Ware

1060827v1                                                                                       [PROPOSED] ORDER