Troutman Sanders LLP
Ryan C. Tuley (Cal. Bar No. 198249)
  ryan.tuley@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   (949) 622-2700
Facsimile:    (949) 622-2739

Troutman Sanders LLP
Eileen King Bower, *Pro Hac Vice*
  eileen.bower@troutmansanders.com
Brian P. Cummings, *Pro Hac Vice*
  brian.cummins@troutmansanders.com
55 West Monroe, Suite 3000
Chicago, IL 60603
Telephone:   (312) 759-1920
Facsimile:    (312) 759-1939

*Attorneys for Defendant Continental Casualty Company*

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | Case No.  C 10-05238 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Old Date:  September 19, 2011<br><br>New Date:   October 17, 2011<br>Time:  10:00 a.m. |

Plaintiff Thomas Dillon, as the Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur Group, LLC ("Plaintiff" or "Receiver"), and Defendant Continental Casualty Company ("Continental") submit the following stipulation to continue the September 19, 2011 Case Management Conference in the above-captioned matter to October 17, 2011 at 10:00 a.m.

## RECITALS

A.  The Court scheduled a Case Management Conference in the above-captioned matter for September 19, 2011 (Doc. No. 43, p. 12);

B.  A Case Management Conference has also been scheduled for September 19, 2011 in the related case, *United States Fire Insurance Company v. Vesta Strategies, LLC, et al.*; Case No. C 09-02388 (the "*U.S. Fire* Action");

C.  The Receiver is a party to both this action and the *U.S. Fire* Action, and is represented by Hollister & Brace in both actions;

D.  Counsel for Continental has a scheduling conflict and cannot attend the Case Management Conference scheduled for September 19, 2011;

E.  The parties in this action and the *U.S. Fire* Action have met and conferred, and all counsel are available on October 17, 2011 for Case Management Conferences in both this action and the *U.S. Fire* Action; and

F.  The parties to the *U.S. Fire* Action, the Receiver and United States Fire Insurance Company, will also be submitting a stipulation and proposed order to continue the September 19, 2011 Case Management Conference in that action to October 17, 2011 at 10:00 a.m.

1118604v1

## STIPULATION

Based on the foregoing, the Receiver and Continental hereby stipulate to the continuance of the September 19, 2011 Case Management Conference in the above-captioned matter to October 17, 2011 at 10:00 a.m. The parties further stipulate that the deadline to file a Joint Case Management Statement is continued from September 9, 2011 to October 7, 2011.

Dated: August 31, 2011　　　　　　　　　　HOLLISTER & BRACE

By: /s/ Robert L. Brace
　　Robert L. Brace
　　Peter L. Candy

*Attorneys for Plaintiff*
*Thomas Dillon*

Dated: August 31, 2011　　　　　　　　　　TROUTMAN SANDERS, LLP

By: /s/ Ryan C. Tuley
　　Ryan C. Tuley, SBN 198249
　　Eileen King Bower, *Pro Hac Vice*
　　Brian P. Cummings, *Pro Hac Vice*

Attorneys for Defendant
Continental Casualty Company

## **ORDER**

The Court, having considered the stipulation of Plaintiff Thomas Dillon, as the Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur Group, LLC, and Defendant Continental Casualty Company, and good cause appearing therefore, hereby ORDERS that:

1. The September 19, 2011 Case Management Conference in the above-captioned matter is continued to October 17, 2011 at 10:00 a.m.; and

2. The deadline to file a Joint Case Management Statement is continued from September 9, 2011 to October 7, 2011.

Dated: September 1, 2011

_____
James Ware, United States District Court Judge

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 4 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -- C10-05238 JW

1118604v1