Robert L. Brace, SBN 122240
Email: rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Thomas Dillon, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group LLC

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC<br><br>Plaintiff,<br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation.<br><br>Defendant | **Case No.: C 10-5238-JW**<br><br>**STIPULATION TO EXTEND PAGE LIMIT AND CASE DEADLINES ; [PROPOSED] ORDER** |

WHEREAS, a hearing date for summary judgment motions has been set for September 24, 2012;

WHEREAS, the current deadline for filing summary judgment motions is August 20, 2012, oppositions are due by September 3, 2012, and replies are due by September 10, 2012;

WHEREAS, Judge Ware is retiring at the end of August 2012 and will no longer be assigned to the case;

WHEREAS, the case has not yet been assigned to a new judge;

---

1

**STIPULATION TO EXTEND CASE DEADLINES DUE TO RETIREMENT OF JUDGE WARE;
[PROPOSED] ORDER**

U.S.D.C. N.D. Case No. 10-5238-JW

1   WHEREAS, Robert L. Brace will be on vacation from August 11, 2012 through August
2   27, 2012;
3   WHEREAS, with the retirement of Judge Ware, the Parties anticipate that the hearing
4   date of September 24, 2012 will be reset once the case has been assigned to a new judge;
5   WHEREAS, with the anticipated change of the hearing date and counsel's vacation, the
6   Parties request that the briefing schedule be modified as set forth below and that the hearing on
7   the motions for summary judgment be set for on or after October 1, 2012; and
8   WHEREAS, given the number of issues and facts relevant to the motions, the Parties
9   anticipate that summary judgment briefs will exceed 25 pages and request that they be allowed
10  to submit briefs up to ~~35~~ 30 pages in length.

11

12  **THEREFORE, THE PARTIES STIPULATE AND AGREE** to revise the motion
13  deadlines as follows:

14

| Event | Deadline |
|---|---|
| Filing of Motions for Summary Judgment | ~~August 27, 2012~~ August 31, 2012 |
| Oppositions | September ~~21,~~ 24 2012 |
| Replies | ~~September 24, 2012~~ October 1, 2012 |
| Hearing | ~~On or after October 1, 2012~~ October 15, 2012 at 9:00 a.m. |

21  **STIPULATED AND AGREED.**

22  Dated: July 26, 2012                                    **HOLLISTER & BRACE**

23                                                          By:         /s/
24                                                              Robert L. Brace

25                                                          Attorneys for Plaintiff Thomas A. Dillon,
26                                                          the Court-Appointed Receiver for Vesta
                                                            Strategies, LLC and Excalibur 1031 Group

Dated: July 26, 2012                    TROUTMAN SANDERS

                                        By:  /s/
                                        Eileen Bower (via e-mail auth)

                                        Attorneys for Defendant Continental Casualty Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 7, 2012

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

---

3

**STIPULATION TO EXTEND CASE DEADLINES DUE TO RETIREMENT OF JUDGE WARE;**
**[PROPOSED] ORDER**

U.S.D.C. N.D. Case No. 10-5238-JW