Robert L. Brace, SBN 122240
Email: rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Thomas Dillon, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group LLC

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC<br><br>Plaintiff,<br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation.<br><br>Defendant | **Case No.:  C 10-5238-JW**<br><br>**STIPULATION TO EXTEND PAGE LIMIT AND CASE DEADLINES ; [PROPOSED] ORDER** |

WHEREAS, a hearing date for summary judgment motions has been set for September 24, 2012;

WHEREAS, the current deadline for filing summary judgment motions is August 20, 2012, oppositions are due by September 3, 2012, and replies are due by September 10, 2012;

WHEREAS, Judge Ware is retiring at the end of August 2012 and will no longer be assigned to the case;

WHEREAS, the case has not yet been assigned to a new judge;

---
1
**STIPULATION TO EXTEND CASE DEADLINES DUE TO RETIREMENT OF JUDGE WARE;**
**[PROPOSED] ORDER**
U.S.D.C. N.D. Case No. 10-5238-JW

1  WHEREAS, Robert L. Brace will be on vacation from August 11, 2012 through August
2  27, 2012;
3  WHEREAS, with the retirement of Judge Ware, the Parties anticipate that the hearing
4  date of September 24, 2012 will be reset once the case has been assigned to a new judge;
5  WHEREAS, with the anticipated change of the hearing date and counsel's vacation, the
6  Parties request that the briefing schedule be modified as set forth below and that the hearing on
7  the motions for summary judgment be set for on or after October 1, 2012; and
8  WHEREAS, given the number of issues and facts relevant to the motions, the Parties
9  anticipate that summary judgment briefs will exceed 25 pages and request that they be allowed
10 to submit briefs up to ~~35~~ 30 pages in length.
11
12 **THEREFORE, THE PARTIES STIPULATE AND AGREE** to revise the motion
13 deadlines as follows:
14

| Event | Deadline |
|---|---|
| Filing of Motions for Summary Judgment | ~~August 27, 2012~~ August 31, 2012 |
| Oppositions | September ~~21,~~ 24 2012 |
| Replies | ~~September 24, 2012~~ October 1, 2012 |
| Hearing | ~~On or after October 1, 2012~~ October 15, 2012 at 9:00 a.m. |

21 **STIPULATED AND AGREED.**
22  Dated: July 26, 2012                                    **HOLLISTER & BRACE**
23
                                                           By:         /s/
24                                                             Robert L. Brace
25                                                         Attorneys for Plaintiff Thomas A. Dillon,
                                                           the Court-Appointed Receiver for Vesta
26                                                         Strategies, LLC and Excalibur 1031 Group
27
28

| | | |
|---|---|---|
| 1 | Dated: July 26, 2012 | **TROUTMAN SANDERS** |
| 2 | | By: _____/s/_____ |
| 3 | | Eileen Bower (via e-mail auth) |
| 4 | | Attorneys for Defendant Continental Casualty Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 7, 2012

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

---

3

**STIPULATION TO EXTEND CASE DEADLINES DUE TO RETIREMENT OF JUDGE WARE;**
**[PROPOSED] ORDER**

U.S.D.C. N.D. Case No. 10-5238-JW