Robert L. Brace, SBN 122240
Email: rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Thomas Dillon, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation.<br><br>Defendant | **Case No.:   CV 10-5238-LHK**<br><br>**Assigned to Hon. Lucy H. Koh**<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES; [PROPOSED] ORDER** |

WHEREAS, pursuant to the Court's Order, counsel re-noticed the hearing on summary judgment motions for December 20, 2012 (Dkt. Nos. 86 and 88);

WHEREAS, Plaintiff's and Defendant's motions and supporting documents have already been filed with the court (Dkt. Nos. 75-79 for Plaintiff and Dkt. Nos. 80-85 for Defendant);

WHEREAS, the current deadline for responses is September 24, 2012 and replies are due by October 1, 2012 (Dkt. 74);

WHEREAS, Plaintiff's counsel is recovering from a medical procedure and requires more time to file their response, so the Parties request that the briefing schedule be modified as set forth below;

**THEREFORE, THE PARTIES STIPULATE AND AGREE** to revise the briefing schedule as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Oppositions | September 24, 2012 | October 9, 2012 |
| Replies | October 1, 2012 | October 16, 2012 |

The hearing date of December 20, 2012 will remain unchanged.

**STIPULATED AND AGREED.**

Dated: September___, 2012          **HOLLISTER & BRACE**

By: _____/s/_____
Robert L. Brace

Attorneys for Plaintiff Thomas A. Dillon, the Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group

Dated: September___, 2012          **TROUTMAN SANDERS**

By: _____/s/_____
Eileen Bower (via e-mail auth)

Attorneys for Defendant Continental Casualty Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 14, 2012          *Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE