Robert L. Brace (Bar No. 122240)
Email: rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 845-8211
Cell: (805) 886-8458

*Attorneys for Plaintiff*
*Thomas A. Dillon*

Eileen Bower
Email: Eileen.Bower@clydeco.us
Clyde & Co US LLP
55 West Monroe St.
Suite 3000
Chicago, Illinois
Telephone: (312) 635-6937
Facsimile: (312) 635-6950

*Attorneys for Defendant*
*Continental Casualty Company*

APPROVED
Judge Edward J. Davila
1/16/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. DILLON,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant | Case No. 5:10-cv-05238-EJD<br><br>**DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Thomas A. Dillon ("Dillon"), as the Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC and Defendant Continental Causality Company ("Continental"), hereby sign, stipulate and submit that the matter is hereby voluntarily dismissed by the Plaintiff against the Defendant with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties to bear their own costs and fees.

Dated: January 9, 2018

By: /s/
Robert L. Brace

*Attorney for Plaintiff*
*Thomas A. Dillon*

Dated: January 9, 2018

By: /s/
Eileen Bower
Clyde&Co

*Attorneys for Defendant*
*Continental Casualty Company*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE